UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| ASOCIACIÓN MEXICANA DE HORTICULTURA PROTEGIDA, A.C., ET AL., | : : : |
| Plaintiffs, | : : |
| v. | : Court No. 20-00042 |
| UNITED STATES, ET AL., | : : |
| Defendants, | : : |
| and | : : |
| THE FLORIDA TOMATO EXCHANGE, | : : |
| Defendant-Intervenor. | : : |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiffs, pursuant to Rules 41(a)(1)(A)(ii) and 56.2(g) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

/s/ Yujin K. McNamara
Yujin K. McNamara
Devin S. Sikes
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006
202-887-4347
ymcnamara@akingump.com

*Counsel to Plaintiffs Asociación Mexicana de Horticultura Protegida, A.C., et al.*

/s/ Christopher Robinson
Christopher Robinson
Andrea C. Casson
U.S. International Trade Commission
Office of General Counsel
500 E Street, SW
Washington, DC 20436
202-205-3034
chris.robinson@usitc.gov

*Counsel to Defendant U.S. International Trade Commission*

/s/ Robert C. Cassidy, Jr.
Robert C. Cassidy, Jr.
Charles S. Levy
Chase J. Dunn
James R. Cannon, Jr.
Jonathan M. Zielinski
Mary Jane Alves
CASSIDY LEVY KENT (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
202-567-2301
rcassidy@cassidylevy.com

*Counsel to Defendant-Intervenor The Florida Tomato Exchange*

August 13, 2025

2

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| ASOCIACIÓN MEXICANA DE HORTICULTURA PROTEGIDA, A.C., ET AL., | : |
| Plaintiffs, | : |
| v. | : Court No. 20-00042 |
| UNITED STATES, ET AL., | : |
| Defendants, | : |
| and | : |
| THE FLORIDA TOMATO EXCHANGE, | : |
| Defendant-Intervenor. | : |

**<u>PROPOSED ORDER OF DISMISSAL</u>**

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Date: _____  Clerk, U.S. Court of International Trade

By: _____
Deputy Clerk